UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| PATRICIA DIANE THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CAUSE NO. 1:12-cv-375-WTL-MJD |
| CITY OF INDIANAPOLIS, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court having granted the Defendants' motion for partial judgment on the pleadings and motion for summary judgment, judgment is hereby entered in favor of the Defendants and against the Plaintiff on all of the Plaintiff's claims.

SO ORDERED: 03/14/2014

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United States Mail to:**

Patricia Thompson
1144 W. 79th St.
Indianapolis, IN 46260

Copies to all counsel of record via electronic notification